1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 250
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.702.6697
4  Email: salsciandra@sbcglobal.net

5  Attorney for Defendant, DIONICIO RAMIREZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | CASE NO:  1:15-CR-00097-LJO/SKO
11 |         Plaintiff,               |
12 |                                  | STIPULATION AND ORDER TO TAKE
   |                                  | THE STATUS CONFERENCE HEARING
13 | v.                               | OFF CALENDAR
14 |                                  |
15 | DIONICIO RAMIREZ,                | Date:  Monday, November 2, 2015
   |                                  | Time:  1:00 p.m.
16 |         Defendant.               | Court
   |                                  |  room:  Honorable Sheila K. Oberto
17

18

19     **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America,

20 and the defendant DIONICIO RAMIREZ by and through his attorney Salvatore Sciandra, that

21 the Status Conference hearing set for Monday, November 2, 2015 at 1:00 p.m. be taken off

22 calendar.

23     The reason for this request is as follows:

24     Counsel for Mr. RAMIREZ has a non-capital Special Circumstances homicide trial set to

25 begin on October 29, 2015 which is anticipated to last at least two weeks if not longer.

26     There is nothing at this time that requires judicial determination and Trial has been set to

27 begin on Tuesday, April 12, 2016.  If something should arise which requires judicial

28 determination this matter will be place on calendar in the appropriate Court.

**PEOPLE v. DIONICIO RAMIREZ**
**STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE OF STATUS CONFERENCE HEARING**
**CASE NO.:  1:15-CR-00097-LJO/SKO**                                                                                   **1**

Counsel has consulted with AUSA Kimberly Sanchez and she has informed counsel that she has no objection to taking the Status Conference hearing set for Monday, November 2, 2015 off calendar.

Respectfully submitted,

DATED: October 28, 2015        /s/   Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
DIONICIO RAMIREZ

DATED: October 28, 2015        /s/   Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney

Agreed to via email.

**ORDER**

IT IS SO ORDERED.

Dated:  **October 28, 2015**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE